# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

v.

M/T FPSO ECO III,

    Defendant.
_____

Case No. 8:25-cv-1638-KKM-AEP
IN ADMIRALTY

## **ORDER**

The United States Magistrate Judge recommends granting International Ship Repair and Marine Services, Inc.'s motion for default judgment against M/T FPSO Eco III. (Docs. 22, 27). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews

legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment (Doc. 22) is **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT** in favor of International Ship Repair and Marine Services, Inc., and against M/T FPSO Eco III which shall read: "Judgment is entered in favor of International Ship Repair and Marine Services, Inc., and against M/T FPSO Eco III in the amount of $514,681.45 for damages, $175,680.98 for *custodia legis* expenses, plus pre-judgment interest and *custodia legis* expenses for the Vessel from September 10, 2025, through the date when this Court confirms the sale of the Vessel."

4. The U.S. Marshal is directed to conduct the sale of the Vessel, her engines, tackle, apparel, furniture, equipment, appurtenances, and all other necessaries thereunto appertaining and belonging to the Vessel, in accordance with Rule E(9) of the Supplemental Admiralty Rules and the Local Admiralty and Maritime Practice Manual 5(r).

5. International Ship Repair and Marine Services, Inc. is granted permission to credit bid its judgment at the public sale of the Vessel.

6. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, on December 9, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge